**FILED BY**

_SP_

JUL 1 4 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

LYNETTA SHEPHERD

v.

JO ANNE B. BARNHART,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    04-1336-T

**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 07/14/05, the decision of the Commissioner is AFFIRMED and this case is hereby DISMISSED.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

_7/14/05_
DATE

BY:   _Sutton_
DEPUTY CLERK

This document entered on the docket sheet in compliance

with Rule 58 and/or 79(a) FRCP on   _07-18-05_   .

(14)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:04-CV-01336 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Lynnetta Shepherd
482 State Rd.
Humboldt, TN 38343

Beth S. Bates
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT